No. 6584.   GRIFFIN *v.* UNITED STATES.   C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* granted. Pursuant to suggestion of the Solicitor General, certiorari granted, judgment vacated, and case remanded for reconsideration in light of the position asserted by the Solicitor General in the Memorandum for the United States.

No. ——.   TURPIN ET AL. *v.* RESOR, SECRETARY OF THE ARMY, ET AL.   D. C. N. D. Cal.   Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.   MR. JUSTICE DOUGLAS is of the opinion that the stay should be granted.

No. ——.   KERR *v.* OHIO.   Sup. Ct. Ohio.   Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. 109.   TIME, INC. *v.* PAPE, 401 U. S. 279.   Motion of respondent to be relieved from payment of costs assessed on reversal of judgment denied.

No. 1009.   UNITED STATES *v.* UNICORN ENTERPRISES, INC., ET AL.   C. A. 2d Cir.   [Certiorari granted, 401 U. S. 907.]   Application for suspension of stay of mandate of the United States Court of Appeals for the Second Circuit pending judgment of this Court, presented to MR. JUSTICE HARLAN, and by him referred to the Court, granted.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 1042.   DIFFENDERFER ET AL. *v.* CENTRAL BAPTIST CHURCH OF MIAMI, FLORIDA, INC., ET AL.   Appeal from D. C. S. D. Fla.   [Probable jurisdiction noted, 401 U. S. 934.]   Motion of Protestants and Other Americans United for Separation of Church and State for leave to file a brief as *amicus curiae* granted.